```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10784
    HOMER YAMSUAN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1030


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/15/2007 and was not confirmed.

    The case was transferred to Glenn Stearns, Trustee on 08/21/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CITIFINANCIAL              SECURED NOT I         .00           .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED           .00            .00
GMAC MORTGAGE CORP         CURRENT MORTG         .00           .00            .00
SAXON MORTGAGE SERVICE     CURRENT MORTG         .00           .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED          994.47           .00            .00
AMEX                       UNSECURED       NOT FILED           .00            .00
MONOGRAM BANK N AMERICA    UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED          838.42           .00            .00
CAPITAL ONE BANK           UNSECURED         6456.34           .00            .00
CHASE                      UNSECURED       NOT FILED           .00            .00
LVNV FUNDING LLC           UNSECURED         8832.29           .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED           .00            .00
CITIBANK USA               UNSECURED       NOT FILED           .00            .00
DELL FINANCIAL SERVICES    UNSECURED       NOT FILED           .00            .00
DEPENDON COLLECTIONS SER   UNSECURED       NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         4090.84           .00            .00
PREMIER BANCARD CHARTER    UNSECURED          389.50           .00            .00
GE MONEY BANK              UNSECURED       NOT FILED           .00            .00
GE MONEY BANK              UNSECURED         3086.81           .00            .00
GEMB/ EMPIRE               UNSECURED       NOT FILED           .00            .00
LOWES/MBGA                 UNSECURED       NOT FILED           .00            .00
GEMB/ OLD NAVY             UNSECURED       NOT FILED           .00            .00
GEMB/CARE CREDIT CORE      UNSECURED       NOT FILED           .00            .00
HOME DEPOT CREDIT SERVIC   UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED         3473.78           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1364.80           .00            .00
NATIONAL CAPITAL MANAGEM   UNSECURED         1820.56           .00            .00
LOWES                      UNSECURED       NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED           .00            .00
OLD NAVY                   UNSECURED       NOT FILED           .00            .00
CITIBANK                   UNSECURED          517.06           .00            .00
GMAC MORTGAGE CORP         NOTICE ONLY    NOT FILED           .00            .00
AMERICAN HONDA FINANCE C   SECURED NOT I        .00           .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED           41.06           .00            .00
JOSEPH SHUN RAVAGO         DEBTOR ATTY          .00                           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10784 HOMER YAMSUAN
```

```
TOM VAUGHN              TRUSTEE                                             .00
DEBTOR REFUND           REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                      .00                       .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 12/03/07                   _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE